UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP GLASPER,<br><br>    Plaintiff,<br><br>v.<br><br>LAUNCH SERVICING, LLC, et al.,<br><br>    Defendants. | Case No.  3:22-cv-04418-VC  (LJC)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY**<br><br>Re: Dkt. No. 22 |

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery. For all future discovery-related disputes, the parties must comply with the Judge Cisneros's Standing Order, which is available on the Court's website at https://cand.uscourts.gov/lisa-j-cisneros/.

**IT IS SO ORDERED**.

Dated: November 7, 2022

LISA J. CISNEROS
United States Magistrate Judge